# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| WILLIAM WESLEY,<br><br>    Plaintiff,<br><br>vs.<br><br>BILL DONAT, *et al.*,<br><br>    Defendants. | Case No. 3:09-cv-0208-ECR-RAM<br><br>**ORDER** |

Court mail has been returned from the last address given by plaintiff with a notation reflecting that it was undeliverable and unable to forward. Plaintiff has not filed an updated notice of change of address. Plaintiff has failed to comply with Local Rule LSR 2-2, which requires him to immediately file with the Court written notification of any change of address.

**IT IS THEREFORE ORDERED** that this action shall be **DISMISSED** without prejudice. The Clerk of the Court shall enter final judgment accordingly.

DATED: August 26, 2009.

                       /s/ Edward C. Reed
                       UNITED STATES DISTRICT JUDGE